UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL SMITH, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:10-cv-00533 |
| | ) |
| v. | ) Judge Campbell |
| | ) Magistrate Judge Brown |
| CHASE BANK USA, N.A., | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER TO REMAND

It appearing to the Court from the signatures below that Plaintiff Daniel Smith and Defendant Chase Bank USA, N.A. agree this case should be remanded to the Davidson County General Sessions Court. The Court hereby grants the parties' Joint Motion to Remand.

IT IS THEREFORE ORDERED that this case be remanded to the Davidson County General Sessions Court for further proceedings.

ENTER this ___ day of June, 2010.

_____
Todd J. Campbell
United States District Judge

APPROVED FOR ENTRY:

/s/Ashleigh M. Harb
_____
Wallace W. Dietz (BPR #9949)
Ashleigh M. Harb (BPR #27277)
Bass, Berry & Sims, PLC
150 3rd Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200

*Attorneys for Chase Bank USA, N.A.*

*Daniel Smith* with permission *Ashleigh Harb*
_____
Daniel Smith
4005 Murphy Road
Nashville, TN 37209

*Plaintiff Pro Se*